UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

| | |
|---|---|
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION** : : : : : | **3:09-md-02100-DRH-PMF** **MDL No. 2100** **Judge David R. Herndon** |

------------------------------------------------------------

**This Document Relates to:**

RINDY ANDREWS,
    Plaintiff
v.
BAYER CORPORATION et al.,
    Defendants

_____

Case No.
3:10-cv-20241-DRH-PMF

      This matter is before the Court on Plaintiff's Motion to Remand to State Court (3:10-cv-20241 Doc. 30). In light of the principles set forth in this Court's Order denying Plaintiff's motion to remand in *Jankins v. Bayer Corp.* (3:10-cv-20095 Doc. 52), Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., and Bayer HealthCare LLC (the "Bayer Defendants") filed a Response to Plaintiff's Motion consenting to remand this action to state court (3:10-cv-20241 Doc. 32). Upon consideration of Plaintiff's Motion and the Bayer Defendants response consenting thereto, the Court **ORDERS** as follows:

      Plaintiff's Motion to Remand to State Court is **GRANTED**.

Accordingly, the Clerk is instructed to **REMAND** this case back to the Superior Court of the State of California, Santa Barbara County, pursuant to 28 U.S.C. § 1447(c). Lastly, the Court will not award attorneys' fees and costs associated with Plaintiff's Motion to Remand. Plaintiff's memorandum fails to address the issue and the Court finds the matter waived.

**SO ORDERED:**

/s/   DavidRHerndon

Chief Judge
United States District Court            DATE:  June 4, 2010